# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**YOSIEL GARCIA HERNANDEZ ,**

v.

**WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–03364–KES–CDB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

    **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/12/2026 .**

ENTERED:  **July 14, 2026**       /s/ **Keith Holland**
                                      Clerk of Court